EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| INTEGRACIÓN DE SALAS DE VERANO | 2006 TSPR 101<br><br>168 DPR \_\_\_\_ |

Número del Caso: ES-2006-1


Fecha: 20 de junio de 2006

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


INTEGRACIÓN DE SALAS DE VERANO          ES-2006-1


RESOLUCIÓN


San Juan, Puerto Rico, a 20 de junio de 2006.


De conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, se constituyen las siguientes Salas de Verano para funcionar durante el receso:

Del 1ro. al 9 de julio de 2006

   Hon. Francisco Rebollo López, Presidente
   Hon. Efraín E. Rivera Pérez
   Hon. Anabelle Rodríguez Rodríguez

Del 10 al 30 de julio de 2006

   Hon. Federico Hernández Denton, Presidente
   Hon. Efraín E. Rivera Pérez
   Hon. Anabelle Rodríguez Rodríguez

Del 31 de julio al 15 de agosto de 2006

   Hon. Francisco Rebollo López, Presidente
   Hon. Efraín E. Rivera Pérez
   Hon. Anabelle Rodríguez Rodríguez

Del 16 de agosto al 31 de agosto de 2006

    Hon. Francisco Rebollo López, Presidente
    Hon. Jaime B. Fuster Berlingeri
    Hon. Liana Fiol Matta

Del 1 al 10 de septiembre de 2006

    Hon. Federico Hernández Denton, Presidente
    Hon. Jaime B. Fuster Berlingeri
    Hon. Liana Fiol Matta

Del 11 al 17 de septiembre de 2006

    Hon. Francisco Rebollo López, Presidente
    Hon. Jaime B. Fuster Berlingeri
    Hon. Liana Fiol Matta

Del 18 al 30 de septiembre de 2006

    Hon. Federico Hernández Denton, Presidente
    Hon. Jaime B. Fuster Berlingeri
    Hon. Liana Fiol Matta

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando fuere necesario.

El Tribunal continuará emitiendo y certificando Opiniones y Sentencias durante este período.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


          Aida Ileana Oquendo Graulau
          Secretaria del Tribunal Supremo